

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR REHEARING

Appellate case name:  Gary M. Cooper v. Wyoming Cooper-Clifton

Appellate case number:  01-20-00476-CV

Trial court case number:  2017-62396

Trial court:  164th District Court of Harris County

Date motion filed:  March 29, 2022

Party filing motion:  Appellant


It is ordered that the motion for rehearing is **denied**.


Judge's signature: _____/s/ Julie Countiss_____
                                Acting for the Court

Panel consists of: Justices Hightower, Countiss, and Guerra.

Date: ____April 26, 2022_____